IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

LOWELL JONES,

    Petitioner,

    v.

BRIAN COOK, WARDEN,

    Respondent.

CASE NO. 2:12-CV-125
JUDGE WATSON
MAGISTRATE JUDGE ABEL

## OPINION AND ORDER

On November 9, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

IT IS SO ORDERED.

*/s/ Michael H. Watson*
MICHAEL H. WATSON
United States District Judge