# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

LOWELL JONES,

      Petitioner,

      v.

BRIAN COOK, WARDEN,

      Respondent.

**CASE NO. 2:12-CV-125**
**JUDGE WATSON**
**MAGISTRATE JUDGE ABEL**

## OPINION AND ORDER

On November 9, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED.**

      IT IS SO ORDERED.

                                            **MICHAEL H. WATSON**
                                            **United States District Judge**